# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LA SHAUN MAUQUIS YOUNG, et al., | Case No.: 2:21-cv-01710-APG-DJA |
| Plaintiffs | **Order** |
| v. | [ECF Nos. 1, 3, 4] |
| MARK ZUCKERBERG, et al., | |
| Defendants | |

On October 20, 2021, Magistrate Judge Albregts recommended that I dismiss plaintiff La Shaun Young's[1] complaint with prejudice. ECF No. 3.  Young did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation **(ECF No. 3) is accepted** and plaintiff La Shaun Young's complaint **(ECF No. 1-1) is dismissed with prejudice**.

---

[1] Young purported to bring suit on behalf of himself, Neisha Walker, and Loretta Young in the caption, but identified only himself as a plaintiff in the body of the complaint. ECF No. 1-1 at 1. Elsewhere in the complaint, he listed Theology of Time, Inc. as a plaintiff while identifying the parties' citizenship for purposes of diversity jurisdiction. *Id.* at 3.  However, only Young signed the complaint. *Id.* at 5.  Because a pro se litigant like Young can represent only himself, he is the only proper plaintiff in this action. *See D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973 (9th Cir. 2004); *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987).  Even if the other plaintiffs were proper parties to this case, none objected to Judge Albregts' report and recommendation.

I FURTHER ORDER that the pending applications for leave to proceed in forma pauperis (**ECF Nos. 1, 4) are denied as moot**.

I FURTHER ORDER the clerk of court to enter judgment accordingly and to close this case.

DATED this 9th day of November, 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE